UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA BUTLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-cv-00427 |
| ) | Chief Judge Haynes |
| ) | |
| HARPETH VALLEY UTILITIES ) | |
| DISTRICT AND JOHN BROWN ) | |
| in his official and individual ) | |
| capacities ) | |
| ) | |
| Defendants. ) | |

# ORDER

In accordance with the Memorandum filed herewith, the Defendants' renewed motion for summary judgment (Docket Entry No. 44) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the __6th__ day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court