IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA BUTLER ) | |
| ) | |
| v. ) | No. 3-11-0427 |
| ) | |
| HARPETH VALLEY UTILITIES ) | |
| DISTRICT; and JOHN BROWN, in ) | |
| his official and individual capacities ) | |

O R D E R

By order entered October 21, 2013 (Docket Entry No. 61), this case was referred to the Magistrate Judge to conduct a settlement conference. Pursuant to the order entered October 23, 2013 (Docket Entry No. 62), a settlement conference was conducted on February 19, 2014, at the conclusion of which the parties were not able to reach a settlement in this case.

The Clerk is directed to return the file to the Honorable William J. Haynes, Jr., Chief Judge. It appears that all that remains in this case is to schedule the case for trial.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge