IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:11cv-0427 ) Chief Judge Haynes ) |
| HARPETH VALLEY UTILITIES DISTRICT and JOHN BROWN in his individual and official capacities, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 8th day of August, 2014.

WILLIAM J. HAYNES, JR
Chief United States District Judge